1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant
   RALPHS GROCERY COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12 | Rafael Arroyo, Jr., | Case No. 8:20-cv-00729-DOC-DFM
13 | Plaintiff, | Honorable David O. Carter
14 | v. | **DEFENDANT RALPHS GROCERY COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**
15 | Ralphs Grocery Company, an Ohio Corporation; and Does 1-10, |
16 | Defendants. |
17 | |
18 | | DATE:   October 5, 2020
19 | | TIME:   8:30 a.m.
   | | DEPT:   9D
20 | |
21 | | Action Filed:   April 13, 2020
   | | Trial Date:     None Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 5, 2020 at 8:30 a.m. in Courtroom 9D of the above-entitled Court located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, Defendant Ralphs Grocery Company ("Defendant") will, and hereby does, move the Court for summary judgment or, in the alternative, summary adjudication, against Rafael Arroyo, Jr.'s ("Plaintiff") Complaint.

This motion is made on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law for the following reasons:

First, self-service items, such as the tickets and bags, are not covered by the ADA.  Second, even if Plaintiff's ticket and bag claims were legally viable, they should be dismissed as moot as the tickets and bags have been lowered.

This motion is made following the conference of counsel pursuant to L.R. 7-3.  This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the declarations and supporting exhibits of Michael J. Chilleen and Evette McKinney, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

Dated:  September 4, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By   */s/ Michael J. Chilleen*
MICHAEL J. CHILLEEN
Attorneys for Defendant,
RALPHS GROCERY COMPANY