SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Rafael Arroyo, Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>Ralphs Grocery Company, an Ohio Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 8:20-cv-00729-DOC-DFM<br>Honorable David O. Carter<br><br>**DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**DATE:  October 5, 2020**<br>**TIME:  8:30 a.m.**<br>**DEPT:  9D**<br><br>Action Filed:  April 13, 2020<br>Trial Date:     None Set |
|---|---|

SMRH:4842-0585-9274.1

DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

# **DECLARATION OF MICHAEL J. CHILLEEN**

I, Michael J. Chilleen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant, Ralphs Grocery Company ("Defendant"). I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would competently testify as follows:

2. Attached to this Declaration as Exhibit A is a true and correct copy of a list of ADA lawsuits filed by Plaintiff.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct.

Executed September 4, 2020, at Costa Mesa, California.

*/s/ Michael J. Chilleen*
Michael J. Chilleen

SMRH:4842-0585-9274.1

-1-

DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION