SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Rafael Arroyo, Jr.,<br><br>      Plaintiff,<br><br>    v.<br><br>Ralphs Grocery Company, an Ohio Corporation; and Does 1-10,<br><br>      Defendants. | Case No. 8:20-cv-00729-DOC-DFM<br>Hon. David O. Carter<br><br>**DECLARATION OF EVETTE MCKINNEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE:   October 5, 2020<br>TIME:   8:30 a.m.<br>DEPT:   9D<br><br>Action Filed:  April 13, 2020<br>Trial Date:    None Set |

# DECLARATION OF EVETTE MCKINNEY

I, Evette McKinney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Claims Litigator for Ralphs Grocery Company. As part of my job duties, I have been to and am personally familiar with the current condition of the Food 4 Less store located at 914 W. Orangethorpe Avenue, Fullerton, California (the "Store"), including without limitation, the accessibility of the self-service tickets in the meat and deli sections and the self-service bags in the pre-packed meat section. I am also familiar with Food 4 Less' policies and practices for assisting customers with disabilities. I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would competently testify as follows:

2. The self-service tickets in the meat section are currently mounted at less than 48 inches above the ground. Attached as Exhibit A is a true and correct picture showing the height of these self-service tickets.

3. The self-service tickets in the deli section are currently mounted at less than 48 inches above the ground. Attached as Exhibit B is a true and correct picture showing the height of these self-service tickets.

4. The self-service bags in the pre-packed meat section are currently mounted at less than 48 inches above the ground. Attached as Exhibit C is a true and correct picture showing the height of these self-service bags.

I declare under penalty of perjury under the laws of the laws of the United States that the foregoing is true and correct.

Executed September 4, 2020

*[Signature]*