# Exhibit C

Case 8:20-cv-00729-DOC-DFM   Document 28-7   Filed 09/04/20   Page 2 of 3   Page ID #:170