1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:  714.513.5130

7  Attorneys for Defendant
   RALPHS GROCERY COMPANY
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  Rafael Arroyo, Jr.,                    Case No. 8:20-cv-00729-DOC-DFM
                                           Hon. David O. Carter
13            Plaintiff,
                                           **DEFENDANT RALPHS GROCERY**
14     v.                                  **COMPANY'S SEPARATE**
                                           **STATEMENT OF UNDISPUTED**
15  Ralphs Grocery Company, an Ohio        **FACTS IN SUPPORT OF MOTION**
    Corporation; and Does 1-10,            **FOR SUMMARY JUDGMENT OR,**
16                                         **IN THE ALTERNATIVE,**
              Defendants.                  **SUMMARY ADJUDICATION**
17

18

19                                         DATE:   October 5, 2020
                                           TIME:   8:30 a.m.
20                                         DEPT:   9D

21                                         Action Filed:  April 13, 2020
                                           Trial Date:    None Set
22

23

24

25

26

27

28

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1    Defendant Ralphs Grocery Company ("Defendant") hereby submits its

2  Statement of Uncontroverted Facts in support of its Motion for Summary Judgment,

3  or in the Alternative, Summary Adjudication.

4

## STATEMENT OF UNCONTROVERTED FACTS

5

6

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 1.     Plaintiff's Complaint alleges only the following barriers:  (1) the self-service tickets in the meat and deli sections are too high; and (2) the self-service bags in the pre-packed meat section are too high. | (FAC ¶¶ 9-12). |
| 2.     The self-service tickets in the meat section are currently mounted at less than 48 inches above the ground. | (McKinney Decl. ¶2; Exhibit A to McKinney Decl.). |
| 3.     The self-service tickets in the deli section are currently mounted at less than 48 inches above the ground. | (McKinney Decl. ¶3; Exhibit B to McKinney Decl.). |
| 4.     The self-service bags in the pre-packed meat section are currently mounted at less than 48 inches above the ground. | (McKinney Decl. ¶4; Exhibit C to McKinney Decl.). |

SMRH:4818-0534-1130.1           SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  Dated:  September 4, 2020

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                        By          */s/ Michael J. Chilleen*

5                                    MICHAEL J. CHILLEEN
                                     Attorneys for Defendant,
6                                    RALPHS GROCERY COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-