UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ralphs Grocery Company, an Ohio Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 8:20-cv-00729-DOC-DFM<br>Hon. David O. Carter<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**DATE:** October 5, 2020<br>**TIME:** 8:30 a.m.<br>**DEPT:** 9D<br><br>Action Filed: April 13, 2020<br>Trial Date: None Set |

1     Defendant Ralphs Grocery Company's ("Defendant") Motion for Summary
2 Judgment came on for hearing on October 5, 2020 at 8:30 a.m. in Courtroom 9D of
3 the above-titled Court.  Appearances were as noted in the record.
4     After considering the papers, the evidence, and the arguments of counsel, the
5 Court **ORDERS** as follows:
6     There are no disputed issues of material fact.  Defendant's Motion is
7 **GRANTED** in its entirety and all of Plaintiff's claims are hereby dismissed with
8 prejudice.
9     **IT IS SO ORDERED.**
10
11 DATED: _____, 2020
12
13                         HONORABLE DAVID O. CARTER
14                         Judge of the U.S. District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28