CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **Rafael Arroyo, Jr** | **Case:** 8:20-cv-00729-DOC-DFM |
|---|---|
| Plaintiff, | **Plaintiff's Response to Statement of Undisputed Facts** |
| v. | |
| **Ralphs Grocery Company**, an Ohio Corporation; and Does 1-10, | Date:   October 5, 2020<br>Time:   8:30 a.m.<br>Ctrm:   9D |
| Defendants. | Hon. Judge David O. Carter |

Plaintiff Rafael Arroyo, Jr. submits this statement of disputed material facts, in support of his opposition to Defendant's Motion for Summary Judgment.

| Sl. No. | Defendant's Disputed Facts/Supporting Evidence | Plaintiff's Response |
|---|---|---|
| 1. | Plaintiff's Complaint alleges only the following barriers: (1) the self service tickets in the meat and deli sections are too | Undisputed. |

| | | | |
|---|---|---|---|
| | | high; and (2) the self service bags in the pre-packed meat section are too high.<br><br>(First Amended Complaint at ¶¶9-12). | |
| | 2. | The self-service tickets in the meat section are currently mounted at less than 48 inches above the ground.<br><br>(McKinney Decl. ¶2; Exhibit A to McKinney Decl.). | Undisputed. |
| | 3. | The self-service tickets in the deli section are currently mounted at less than 48 inches above the ground.<br><br>(McKinney Decl. ¶3; Exhibit B to McKinney Decl.). | Undisputed. |
| | 4. | The self-service bags in the prepacked meat section are currently mounted at less than 48 inches above the ground.<br><br>(McKinney Decl. ¶4; Exhibit C to McKinney Decl.). | Undisputed. |

| | | |
|---|---|---|
| 1 | Dated: September 14, 2020 | CENTER FOR DISABILITY ACCESS |

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorneys for Plaintiff