**<u>EXHIBIT 1</u>**

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, | **Case:** 8:20-CV-00729-DOC-DFM |
| Plaintiff, | **Declaration of Rafael Arroyo, Jr. in Support of his Opposition to Defendant's Motion for Summary Judgment** |
| v. | |
| **Ralphs Grocery Company**, an Ohio Corporation; and Does 1-10, | |
| Defendants. | |

1.  I, the undersigned, am the Plaintiff in this case.  Based upon my own experience and knowledge, I can competently testify to the following:

2.  I am paraplegic. I cannot walk. I use a wheelchair for mobility.

3.  On March 6, 2020, I went to the Food 4 Less ('Store') located at or about 914 W. Orangethorpe Avenue, Fullerton, California, to shop. I also intended to assess the Store for compliance with access laws.

4.  Attached as **Exhibit "2"** is a true and correct copy of the receipt for the purchase I made at the Store on the date of my visit on March 6, 2020.

5.  As I approached the meat and deli department, I saw that there was a

1

ticket dispenser for customers to take a ticket to get in line to place an order. However, the ticket dispenser was placed too high for me to reach.

6.  I saw that the bag dispensers at the pre-packed meat section were also placed too high for me to reach.

7.  The photographs submitted as **Exhibit "3"** are true and accurate copies of the photographs taken by me on the date of my visit to the Store on March 6, 2020.

8.  The Store is about 20 minutes away from my home. Therefore, it is a convenient place for me to shop for groceries.

9.  I will return and patronize the Store on a regular basis.

10. I also intend to return to the Store to assess it for compliance with access laws.

11. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: September 14, 2020          By:  _____

                                              Rafael Arroyo, Jr.

Decl. of Arroyo, Ex. No. 1                    Case: 8:20-CV-00729-DOC-DFM



# This document was signed by:

## Rafael Arroyo Jr.











| | |
|---|---|
| **Date** | 9/14/2020 8:17 PM UTC |
| **Phone** | 3107065217 |
| **IP Address** | 45.51.131.234 |
| **Confirmation** | CF229F72D33518E741BCB57FE0EC3024 |



**VINESIGN.COM**