**EXHIBIT 2**



Plaintiff Arroyo, Summary Judgment, Ex. No. 2