**EXHIBIT 3**



1
Plaintiff Arroyo, Summary Judgment, Ex. No. 3



Plaintiff Arroyo, Summary Judgment, Ex. No. 3



3

Plaintiff Arroyo, Summary Judgment, Ex. No. 3