**EXHIBIT 4**

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Ralphs Grocery Company**, an Ohio Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 8:20-CV-00729-DOC-DFM <br><br> **Declaration of Randall Marquis in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment** |

1. I, the undersigned, am an investigator hired by the Center for Disability Access to conduct an investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following.

2. I was given the assignment of going to Food 4 Less ('Store') located at or about 914 W. Orangethorpe Avenue, Fullerton, California and taking photographs and measurements.

3. On April 4, 2020, I went to the Store and conducted an

1

Decl. Marquis, Ex. No. 4                                      8:20-CV-00729-DOC-DFM

investigation.

4. During my investigation, I measured the deli counter to be approximately 52 inches high.
5. I saw that the ticket dispenser was placed on top of the deli counter and was located approximately 60 inches high.
6. The meat counter measured approximately 54 inches high.
7. I saw that the ticket dispenser was placed on top of the meat counter and was located approximately 63 inches high.
8. I measured the bag dispenser above the packed meat to be approximately 72 inches high.
9. The photographs submitted as Exhibit "5" are true and accurate copies of the photographs that I took on April 4, 2020.
10. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: September 12, 2020     By: _____
                                  Randall Marquis

investigation.

4. During my investigation, I measured the deli counter to be approximately 52 inches high.
5. I saw that the ticket dispenser was placed on top of the deli counter and was located approximately 60 inches high.
6. The meat counter measured approximately 54 inches high.
7. I saw that the ticket dispenser was placed on top of the meat counter and was located approximately 63 inches high.
8. I measured the bag dispenser above the packed meat to be approximately 72 inches high.
9. The photographs submitted as Exhibit "5" are true and accurate copies of the photographs that I took on April 4, 2020.
10. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: September 12, 2020     By: _____
                                  Randall Marquis

2

Decl. Marquis, Ex. No. 4                    8:20-CV-00729-DOC-DFM









# This document was signed by:

## Randall Marquis

| | |
|---|---|
| **Date** | 9/15/2020 3:04 AM UTC |
| **Phone** | 9493758317 |
| **IP Address** | 107.184.183.91 |
| **Confirmation** | 3C1250B457D7DFA5673AD450FDC143A2 |



VINESIGN.COM