**EXHIBIT 5**



Plaintiff Arroyo, Summary Judgment, Ex. No. 5



Plaintiff Arroyo, Summary Judgment, Ex. No. 5



3
Plaintiff Arroyo, Summary Judgment, Ex. No. 5



Plaintiff Arroyo, Summary Judgment, Ex. No. 5